Gwendolyn Lyles, Individually, and as Administrator of Estate of Stella King, Deceased et al., Plaintiffs and Counterdefendants-Appellants, v. Carrie Stanford et al., and E. G. Pauling and Company, and Herman Monroe Bennett, Administrator de bonis non of Estate of Mazie Fields Davie, Deceased, Defendants and Counterdefendants-Appellees. Carrie Stanford, Maggie Stewart, Nealy Horsey and Oscar Horsey, Defendants and Counterplaintiffs-Appellees.

Gen. No. 46,307.

Michael Mann, for appellant; Charles F. Grimes, and John H. Meyer, for defendant-appellee; Marcus Levy, and John F. Arnold, for defendants and counterplaintiffs-appellees. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed June 8, 1954; released for publication June 29, 1954.